NO. 07-07-0143-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 9, 2007

______________________________

B4 CATTLE CO., INC. AND BERT SMITH IV, APPELLANTS

V.

COYOTE LAKE FEEDYARD, INC., APPELLEE

_________________________________

FROM THE 287
TH
 DISTRICT COURT OF BAILEY COUNTY;

NO. 8270; HONORABLE GORDON H. GREEN, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

B4 Cattle Co., Inc. and Bert Smith IV, appellants, have filed a motion to dismiss this appeal because they have settled the matter and no longer wish to pursue it
.  
No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  
Tex. R. App. P.
 42.1(a)(1).   All costs of this appeal are assessed to the appellants.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock

                   Justice